IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| INSYS THERAPEUTICS, INC., | § § | |
| Plaintiff, | § § | Case No.: 15-cv-414 |
| v. | § § | Honorable Robert J. Jonker |
| SUNRISE LEE, | § § § | |
| Defendant, | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a), hereby notifies the Court and all parties that, as Plaintiff has not served the Complaint on Defendant, Plaintiff hereby dismisses the above-entitled action with prejudice. The Clerk of the Court is requested to enter this dismissal in the records of the Court.

Dated: July 6, 2015

*/s/ Dean F. Pacific*
Dean F. Pacific (P57086)
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
616.752.2000
dpacific@wnj.com

David. E. Schwartz
Risa M. Salins
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
4 Times Square
New York, NY 10036
212.735.3000
David.Schwartz@skadden.com
Risa.Salins@skadden.com

*Attorneys for Plaintiff*

12916533